IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES FERNANDEZ,**<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>**NORTH KERN STATE PRISON, et al.,**<br><br>　　　　　Defendants. | Case No. 1:16-cv-01612-AWI-JLT<br><br>[~~PROPOSED~~] **ORDER** |

Defendants request additional time to file their responsive pleading due to the representation that the attorneys have agreed that the plaintiff will file a second amended complaint. (Doc. 12-2 at 2) Thus, the Court **ORDERS**:

　　1. Defendants' request for an extension of time to February 15, 2017 to file the responsible pleading is **GRANTED.**

IT IS SO ORDERED.

　Dated:　**February 1, 2017**　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE