XAVIER BECERRA, State Bar No. 118517
Attorney General of California
MICHELLE DES JARDINS, State Bar No. 168079
Supervising Deputy Attorney General
ANDREW M. GIBSON, State Bar No. 244330
Deputy Attorney General
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 738-9549
 Fax: (619) 645-2581
 E-mail: Andrew.Gibson@doj.ca.gov
*Attorneys for Defendants*
*A. Austria, L. Agbayani, E. Duncan, T. Garcia, and*
*R. Robles*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES FERNANDEZ,** | 1:16-cv-01612-AWI-JLT |
| Plaintiff, | **STIPULATION RE: DEFENSE MEDICAL EXAMINATION OF PLAINTIFF JAMES FERNANDEZ AND ORDER THEREON** |
| v. | |
| **NORTH KERN STATE PRISON, et al.,** | |
| Defendants. | |

Plaintiff James Fernandez and Defendants, by and through their respective counsel of record, stipulate as follows under Rule 35 of the Federal Rules of Civil Procedure:

1. The parties agree that Plaintiff will submit himself for a defense medical examination ("DME") by Dr. Alan L. Shabo at his medical offices, located at 10921 Wilshire Boulevard, Suite 1205, Los Angeles, CA 90024. The examination will take place on Thursday, **June 15, 2017, from 2:00 p.m. to approximately 4:30 p.m**. The following will likely be conducted by Dr. Shabo during the DME:

1

**Ophthalmologic Examination**: Including, but not exclusive to, visual acuity testing, motility testing, external ocular examination, slit-lamp biomicroscopy, applanation tonometry and dilated retina examination plus ancillary testing.

2. The parties agree that no person other than Plaintiff and Dr. Shabo shall be present during the June 15, 2017 DME. Neither party may record the DME through audio, video or other electronic means.

3. Pursuant to Federal Rule of Civil Procedure Rule 35(b), the parties further agree that a written report will be prepared by Dr. Shabo upon the completion of his examination and analysis of the test results ("DME report"). A copy of the DME report will be provided to Plaintiff's counsel as soon as it is completed. Within seven (7) days of delivery of the DME report, Plaintiff agrees to provide Defendants with all medical reports of all examinations of the same condition.

**IT IS SO STIPULATED**

Dated: June ____, 2017

XAVIER BECERRA
Attorney General of California
MICHELLE DES JARDINS
Supervising Deputy Attorney General


ANDREW M. GIBSON
Deputy Attorney General
*Attorneys for Defendants*
*A. Austria, L. Agbayani, E. Duncan, T. Garcia, and R. Robles*

Dated: June ____, 2017

***SMITH DOLLAR PC***


REX. GRADY
*Attorneys for Plaintiff*
*James Fernandez*

SD2016702894
81695732.doc

2

**<u>ORDER</u>**

Based upon the stipulation of counsel, the Court ORDERS:

1. James Fernandez SHALL submit to a medical examination performed by Dr. Alan Shabo on June 15, 2017, from 2:00 p.m. to approximately 4:30 p.m.;

2. The examination SHALL occur at the offices of Dr. Alan Shabo, located at located at 10921 Wilshire Boulevard, Suite 1205, Los Angeles, CA 90024.

IT IS SO ORDERED.

Dated: **June 5, 2017**              **/s/ Jennifer L. Thurston**
                                     UNITED STATES MAGISTRATE JUDGE