# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FERNANDEZ,<br><br>       Plaintiff,<br><br>    v.<br><br>NORTH KERN STATE PRISON, et al.,<br><br>       Defendants. | Case No.: 1:16-cv-01612 AWI JLT<br><br>ORDER CLOSING CASE AS TO DEFENDANT DUNCAN ONLY; ORDER DIRECTING PLAINTIFF TO FILE A NOTIFICATION WHETHER HE WILL PROCEED AGAINST THE UNSERVED DEFENDANTS; ORDER VACATING SETTLEMENT CONFERENCE<br>(Doc. 31) |

      The parties filed a stipulation to dismiss defendant E. Duncan. (Doc. 31) The stipulation does not seek to dismiss the action as to the remaining, unserved defendants.

      The stipulation relies upon Fed.R.Civ.P. 41, which permits the plaintiff to dismiss an action without a court order "by filing . . . a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). Because all parties who have appeared in the action signed the stipulation (Doc. 31), it "automatically terminate[d] the action." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

      Accordingly, the Court **ORDERS:**

      1.    Clerk of Court is **DIRECTED** to close this action as to defendant E. Duncan;

      2.    No later than **March 2, 2018**, the plaintiff **SHALL** file a report to the Court indicating whether he intends to proceed against the unserved defendants. Alternatively, he may file a voluntary notice of dismissal;

1

3. The settlement conference set on **March 16, 2018** is **VACATED**.

IT IS SO ORDERED.

Dated: **February 15, 2018**           **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE