# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FERNANDEZ, <br><br> Plaintiff, <br><br> v. <br><br> NORTH KERN STATE PRISON, et al., <br><br> Defendants. | Case No.: 1:16-cv-01612 - AWI- JLT <br><br> ORDER DIRECTING THE CLERK OF COURT TO CLOSE THIS ACTION IN LIGHT OF THE NOTICE OF VOLUNTARY DISMISSAL <br><br> (Doc. 33) |

On February 15, 2018, Plaintiff filed a "Notice of Voluntary Dismissal of Entire Case" pursuant to Rule 41 of the Federal Rules of Civil Procedure, under which "the plaintiff may dismiss claims "without a court order by filing…a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i).

Based upon the Notice of Voluntary Dismissal filed by Plaintiff, the Court **ORDERS**: The Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: **February 21, 2018**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1